An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| DONALD M. SAVAGE A/K/A DON M. SAVAGE,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 63122<br><br>**FILED**<br><br>JUN 07 2013<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

### ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion to dismiss for lack of jurisdiction and motion to appoint counsel. Eighth Judicial District Court, Clark County; Doug Smith, Judge.

Because no statute or court rule permits an appeal from an order denying the aforementioned motions, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-16679

cc: Hon. Doug Smith, District Judge
Donald M. Savage
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk